# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MERLANDE RICHARD** and **ELIE RICHARD,**
Appellants,

v.

**BANK OF AMERICA, N.A.,**
Appellee.

No. 4D19-895

[April 2, 2020]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. 10-33928 CACE (13).

Elie Richard, Fort Lauderdale, pro se.

Paul W. Burke and Kristen Johnson of Drew Eckl & Farnham, LLP, Atlanta, Georgia, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*